## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 05-11139 JHS |
| DORSAM, RHEA A | § | |
| | § | |
| | § | |
| Debtors | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 03/27/2005 . The undersigned trustee was appointed on 03/27/2005 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 9,001.66 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 0.00 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Leaving a balance on hand of | $ | 9,001.66 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 07/05/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

UST Form 101-7-TFR (4/1/2009) (Page: 1)

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,650.17 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,650.17 , for a total compensation of $ 1,650.17 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 88.32 , for total expenses of $ 88.32 .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 07/23/2009              By: /s/R. SCOTT ALSTERDA, TRUSTEE
                                  Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (4/1/2009) (Page: 2)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

Case No:       05-11139    JHS    Judge: JOHN H. SQUIRES
Case Name:     DORSAM, RHEA A

Trustee Name:   R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c):   03/27/05 (f)
341(a) Meeting Date:   05/05/05

For Period Ending: 07/23/09

Claims Bar Date:   07/05/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY (15006 S. Harding, Midlothian) | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH | 10.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT (Suburban Bank) | 600.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT (Law Office checking account) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS (IOLTA account, Suburban Bk) | 7,255.18 | 0.00 | DA | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS (Mutual Fund at American Funds) | 1,469.00 | 0.00 | DA | 0.00 | FA |
| 7. SECURITY DEPOSITS (sec dep w/office landlord) | 965.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 1,675.00 | 0.00 | DA | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 10. RETIREMENT PLANS (IRA at American Funds) | 2,254.00 | 0.00 | DA | 0.00 | FA |
| 11. ACCOUNTS RECEIVABLE | 91,500.00 | Unknown | | 9,000.00 | FA |
| 12. VEHICLES (2003 Chevrolet Monte Carlo) | 13,550.00 | 0.00 | DA | 0.00 | FA |
| 13. VEHICLES (2001 Chevrolet Silverado) | 12,200.00 | 0.00 | DA | 0.00 | FA |
| 14. OFFICE EQUIPMENT | 400.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.66 | Unknown |

TOTALS (Excluding Unknown Values)    $283,178.18    $0.00    $9,001.66    Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/06    Current Projected Date of Final Report (TFR): 07/31/09

/s/   R. SCOTT ALSTERDA, TRUSTEE
_____  Date: 07/23/09
R. SCOTT ALSTERDA, TRUSTEE

PFORM1
UST Form 101-7-TFR (4/1/2009) (Page: 3)

Ver: 14.31c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-11139 -JHS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | DORSAM, RHEA A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5278 BofA - Money Market Account |
| Taxpayer ID No: | *******5519 | | |
| For Period Ending: | 07/23/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/08 | 11 | Rhea A. Dorsam<br>SBT Suburban Bank & Trust<br>150 Butterfield Road<br>Elmhurst, IL 60126 | Sale of Accounts Receivable | 1129-000 | 9,000.00 | | 9,000.00 |
| 11/28/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1129-000 | 0.33 | | 9,000.33 |
| 12/31/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.46 | | 9,000.79 |
| 01/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.07 | | 9,000.86 |
| 02/27/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.07 | | 9,000.93 |
| 03/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.08 | | 9,001.01 |
| 04/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1129-000 | 0.20 | | 9,001.21 |
| 05/29/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1129-000 | 0.22 | | 9,001.43 |
| 06/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1129-000 | 0.23 | | 9,001.66 |

Total Of All Accounts 9,001.66

PFORM24 UST Form 101-7-TFR (4/1/2009) (Page: 4)

Ver: 14.31c

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-11139 | | Page 1 | | Date: July 23, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | DORSAM, RHEA A | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 001 3110-00 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Administrative | | $2,914.50 | $0.00 | $2,914.50 |
| 000007 001 3120-00 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Administrative | | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $5,033.38 | $0.00 | $5,033.38 |
| 000002 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $3,540.18 | $0.00 | $3,540.18 |
| 000003 070 7100-00 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | Unsecured | | $6,959.52 | $0.00 | $6,959.52 |
| 000004 070 7100-00 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | Unsecured | | $15,520.82 | $0.00 | $15,520.82 |
| 000005 070 7100-00 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | Unsecured | | $16,397.03 | $0.00 | $16,397.03 |
| | Case Totals: | | | $50,365.43 | $0.00 | $50,365.43 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-11139 JHS
Case Name: DORSAM, RHEA A
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: R. SCOTT ALSTERDA, TRUSTEE | $ 1,650.17 | $ 88.32 |
| Attorney for trustee: Ungaretti & Harris LLP | $ 2,914.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,450.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 5,033.38 | $ 461.29 |
| 000002 | Roundup Funding, LLC | $ 3,540.18 | $ 324.44 |

UST Form 101-7-TFR (4/1/2009) (Page: 7)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | eCAST Settlement Corporation assignee of Chase Bank USA NA | $ 6,959.52 | $ 637.81 |
| 000004 | eCAST Settlement Corporation assignee of Chase Bank USA NA | $ 15,520.82 | $ 1,422.42 |
| 000005 | eCAST Settlement Corporation assignee of Chase Bank USA NA | $ 16,397.03 | $ 1,502.71 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.