# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 05-11139 JHS |
| DORSAM, RHEA A | § | |
| | § | |
| | § | |
| Debtors | § | |
| | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 9,001.66 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance of* | $ | 9,001.66 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: R. SCOTT ALSTERDA, TRUSTEE | $ 1,650.17 | $ 88.32 |
| Attorney for trustee: Ungaretti & Harris LLP | $ 2,914.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page: 1)

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| <u>Charges:</u> | _____ | $_____ | $_____ |
| <u>Fees:</u> | _____ | $_____ | $_____ |
| <u>Other:</u> | _____ | $_____ | $_____ |
| <u>Other:</u> | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| <u>Attorney for debtor:</u> | _____ | $_____ | $_____ |
| <u>Attorney for:</u> | _____ | $_____ | $_____ |
| <u>Accountant for:</u> | _____ | $_____ | $_____ |
| <u>Appraiser for:</u> | _____ | $_____ | $_____ |
| <u>Other:</u> | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,450.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (4/1/2009) *(Page: 2)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 5,033.38 | $ 461.29 |
| 000002 | Roundup Funding, LLC | $ 3,540.18 | $ 324.44 |
| 000003 | eCAST Settlement Corporation assignee of | $ 6,959.52 | $ 637.81 |
| 000004 | eCAST Settlement Corporation assignee of | $ 15,520.82 | $ 1,422.42 |
| 000005 | eCAST Settlement Corporation assignee of | $ 16,397.03 | $ 1,502.71 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

    The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

KENNETH S. GARDNER
CLERK OF THE COURT

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/14/2009 in Courtroom 680,

United States Courthouse

219 South Dearborn Street

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**Date:** 07/23/2009      **By:** /s/R. SCOTT ALSTERDA, TRUSTEE
                                                      Trustee

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA, 70 WEST MADISON AVENUE, CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pgordon                Page 1 of 1                  Date Rcvd: Aug 11, 2009
Case: 05-11139                 Form ID: pdf006              Total Noticed: 39

The following entities were noticed by first class mail on Aug 13, 2009.
 db          +Rhea A Dorsam,   15006 S Harding Ave,   Midlothian, IL 60445-3435
 aty         +Edmund G Urban, III,   Urban & Burt Ltd,   5320 W 159th St,   Oak Forest, IL 60452-3380
 aty          Theodore E Harman,   Ungaretti & Harris,   3500 Three First National Plaza,   Chicago, IL  60602
 tr           R Scott Alsterda,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
               Chicago, IL  60602
9093310      +American Express,   777 American Expressway,   Fort Lauderdale, FL 33337-0002
11345367      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
9093311      +Assoc. Cardiovas. Phys.,   P.O. Box 95978,   Chicago, IL 60694-5978
9093313      +Bank One VISA,   Cardmember Service,   P.O. Box 15299,   Wilmington, DE 19886-5299
9093312      +Bank of America,   P.O. Box 1390,   Norfolk, VA 23501-1390
9093314       Capital One,   P.O. Box 6000,   Seattle, WA 98190-6000
9093317      +Chase,   P.O. Box 15902,   Wilmington, DE 19850-5902
9093316      +Chase,   P.O. Box 15919,   Wilmington, DE 19850-5919
9093318      +Curves,   9010 W. 159th St.,   Orland Park, IL 60462-5646
9093319      +Dr. P.A. Keni,   6600 W. College Dr.,   Palos Heights, IL 60463-3400
9093320      +Emer. Care Health Org.,   555 W. Court St., Suite 410,   Kankakee, IL 60901-3675
9093321      +Environmental & Resp. Medicine,   10660 W. 143rd St., Suite B,   Orland Park, IL 60462-1989
9093322       First USA/Bank One,   First USA Management Svcs,   Delaware, OH 43015
9093324       GMAC,   P.O. Box 51014,   Carol Stream, IL 60125
9093325      +GMAC Payment Proc. Center,   P.O. Box 9001952,   Louisville, KY 40290-1952
9093323      +Glenshire Nursing Home,   22600 S. Cicero,   Richton Park, IL 60471-1700
9093326      +Homemakers Security Corp,   P.O. Box 683,   Schererville, IN 46375-0683
9093327      +Kathleen Drinan LTD,   34805 Eagle Way,   Chicago, IL 60678-0001
9093329      +MBNA,   P.O. Box 15102,   Wilmington, DE 19886-5102
9093328      +MBNA,   P.O. Box 15026,   Wilmington, DE 19850-5026
9093330      +Midwest Phys. Group,   P.O. Box 95401,   Chicago, IL 60694-5401
9093331      +O'Reilly Medical Consult.,   12150 S. Harlem Ave.,   Palos Heights, IL 60463-1435
9093332      +Palos Anesthesia Assoc.,   P.O. Box 239D,   Park Ridge, IL 60068-8018
9093333      +Palos Community Hospital,   12251 S. 80th Ave.,   Palos Heights, IL 60463-0930
9093334      +Palos Emer Med. SvcsLtd.,   9944 S. Roberts Rd., Suite 24,   Palos Hills, IL 60465-1555
9093335      +Palos Pathology Assoc.,   520 E. 22nd St.,   Lombard, IL 60148-6110
9093336      +Retail Services,   P.O. Box 703,   Wood Dale, IL 60191-0703
9093337      +Sears Card,   P.O. Box 818007,   Cleveland, OH 44181-8007
9093338      +St. James Ctr. Psychological,   P.O. Box 732,   Chicago Heights, IL 60412-0732
9093339      +St. James Hospital,   1423 Chicago Rd.,   Chicago Heights, IL 60411-3400
9093340      +St. James Radiology,   P.O. Box 3597,   Springfield, IL 62708-3597
9093341      +Well Group/Dr. Thomas,   333 Dixe Hwy.,   Chicago Heights, IL 60411-1748
11437440      eCAST Settlement Corporation assignee of,   Chase Bank USA NA,   POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Aug 12, 2009.
9093315       E-mail/Text: bankruptcy@arvest.com                           Central Mortgage,   1501 S. Main St.,
               Little Rock, AR 72202
11408568      E-mail/PDF: BNCEmails@blinellc.com Aug 12 2009 02:42:56      Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Ungaretti & Harris LLP
 aty*         R Scott Alsterda,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
               Chicago, IL  60602
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2009**                    **Signature:**   *Joseph Speetjens*