UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| DORSAM, RHEA A | § | Case No. 05-11139 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 191,678.18 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 4,349.24 | Claims Discharged Without Payment: 468,353.69 |
| Total Expenses of Administration: 4,652.99 | |

3) Total gross receipts of $ 9,002.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 9,002.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 182,800.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,652.99 | 4,652.99 | 4,652.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 425,252.00 | 47,450.93 | 47,450.93 | 4,349.24 |
| **TOTAL DISBURSEMENTS** | $ 608,052.00 | $ 52,103.92 | $ 52,103.92 | $ 9,002.23 |

    4) This case was originally filed under chapter 7 on 03/27/2005 . The case was pending for 55 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2009     By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1129-000 | 9,000.00 |
| Post-Petition Interest Deposits | 1129-000 | 2.12 |
| Post-Petition Interest Deposits | 1270-000 | 0.11 |
| **TOTAL GROSS RECEIPTS** | | **$9,002.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Central Mortgage 1501 S. Main St. Little Rock, AR 72202 | | 139,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC P.O. Box 51014 Carol Stream, IL 60125 | | 19,000.00 | NA | NA | 0.00 |
| GMAC Payment Proc. Center P.O. Box 9001952 Louisville, KY 40290 | | 12,000.00 | NA | NA | 0.00 |
| Homemakers Security Corp P.O. Box 683 Schererville, IN 46375 | | 10,000.00 | NA | NA | 0.00 |
| Retail Services P.O. Box 703 Wood Dale, IL 60191 | | 1,500.00 | NA | NA | 0.00 |
| Sears Card P.O. Box 818007 Cleveland, OH 44181 | | 1,300.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 182,800.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 1,650.17 | 1,650.17 | 1,650.17 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 88.32 | 88.32 | 88.32 |
| UNGARETTI & HARRIS LLP | 3110-000 | NA | 2,914.50 | 2,914.50 | 2,914.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,652.99 | $ 4,652.99 | $ 4,652.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express 777 American Expressway Fort Lauderdale, FL 33337 | | 4,635.00 | NA | NA | 0.00 |
| Assoc. Cardiovas. Phys. P.O. Box 95978 Chicago, IL 60694 | | 75.00 | NA | NA | 0.00 |
| Bank One VISA Cardmember Service P.O. Box 15299 Wilmington, DE 19886 | | 3,127.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (9/1/2009) (Page: 5)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America P.O. Box 1390 Norfolk, VA 23501 | | 10,078.00 | NA | NA | 0.00 |
| Capital One P.O. Box 6000 Seattle, WA 98190-6000 | | 14,870.00 | NA | NA | 0.00 |
| Chase P.O. Box 15902 Wilmington, DE 19850 | | 15,124.00 | NA | NA | 0.00 |
| Chase P.O. Box 15919 Wilmington, DE 19850 | | 6,492.00 | NA | NA | 0.00 |
| Curves 9010 W. 159th St. Orland Park, IL 60462 | | 39.00 | NA | NA | 0.00 |
| Dr. P.A. Keni 6600 W. College Dr. Palos Heights, IL 60463 | | 1,800.00 | NA | NA | 0.00 |
| Emer. Care Health Org. 555 W. Court St., Suite 410 Kankakee, IL 60901 | | 515.00 | NA | NA | 0.00 |
| Environmental & Resp. Medicine 10660 W. 143rd St., Suite B Orland Park, IL 60462 | | 2,575.00 | NA | NA | 0.00 |
| First USA/Bank One First USA Management Svcs Delaware, OH 43015 | | 15,000.00 | NA | NA | 0.00 |
| Glenshire Nursing Home 22600 S. Cicero Richton Park, IL 60471 | | 1,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kathleen Drinan LTD 34805 Eagle Way Chicago, IL 60678 | | 255.00 | NA | NA | 0.00 |
| MBNA P.O. Box 15026 Wilmington, DE 19850 | | 46,812.00 | NA | NA | 0.00 |
| MBNA P.O. Box 15102 Wilmington, DE 19886 | | 9,272.00 | NA | NA | 0.00 |
| Midwest Phys. Group P.O. Box 95401 Chicago, IL 60694 | | 1,950.00 | NA | NA | 0.00 |
| O'Reilly Medical Consult. 12150 S. Harlem Ave. Palos Heights, IL 60463 | | 1,274.00 | NA | NA | 0.00 |
| Palos Anesthesia Assoc. P.O. Box 239D Park Ridge, IL 60068 | | 1,600.00 | NA | NA | 0.00 |
| Palos Community Hospital 12251 S. 80th Ave. Palos Heights, IL 60463 | | 200,920.00 | NA | NA | 0.00 |
| Palos Emer Med. SvcsLtd. 9944 S. Roberts Rd., Suite 24 Palos Hills, IL 60465 | | 412.00 | NA | NA | 0.00 |
| Palos Pathology Assoc. 520 E. 22nd St. Lombard, IL 60148 | | 3,121.00 | NA | NA | 0.00 |
| St. James Ctr. Psychological P.O. Box 732 Chicago Heights, IL 60412 | | 165.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| St. James Hospital 1423 Chicago Rd. Chicago Heights, IL 60411 | | 83,000.00 | NA | NA | 0.00 |
| St. James Radiology P.O. Box 3597 Springfield, IL 62708 | | 972.00 | NA | NA | 0.00 |
| Well Group/Dr. Thomas 333 Dixe Hwy. Chicago Heights, IL 60411 | | 169.00 | NA | NA | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 5,033.38 | 5,033.38 | 461.35 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 6,959.52 | 6,959.52 | 637.89 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 15,520.82 | 15,520.82 | 1,422.60 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 16,397.03 | 16,397.03 | 1,502.92 |
| ROUNDUP FUNDING, LLC | 7100-000 | NA | 3,540.18 | 3,540.18 | 324.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 425,252.00 | $ 47,450.93 | $ 47,450.93 | $ 4,349.24 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 05-11139 JHS Judge: JOHN H. SQUIRES | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | DORSAM, RHEA A | Date Filed (f) or Converted (c): | 03/27/05 (f) |
| | | 341(a) Meeting Date: | 05/05/05 |
| For Period Ending: 10/14/09 | | Claims Bar Date: | 07/05/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY (15006 S. Harding, Midlothian) | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH | 10.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT (Suburban Bank) | 600.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT (Law Office checking account) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS (IOLTA account, Suburban Bk) | 7,255.18 | 0.00 | DA | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS (Mutual Fund at American Funds) | 1,469.00 | 0.00 | DA | 0.00 | FA |
| 7. SECURITY DEPOSITS (sec dep w/office landlord) | 965.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 1,675.00 | 0.00 | DA | 0.00 | FA |
| 9. WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 10. RETIREMENT PLANS (IRA at American Funds) | 2,254.00 | 0.00 | DA | 0.00 | FA |
| 11. ACCOUNTS RECEIVABLE | 91,500.00 | Unknown | | 9,000.00 | FA |
| 12. VEHICLES (2003 Chevrolet Monte Carlo) | 13,550.00 | 0.00 | DA | 0.00 | FA |
| 13. VEHICLES (2001 Chevrolet Silverado) | 12,200.00 | 0.00 | DA | 0.00 | FA |
| 14. OFFICE EQUIPMENT | 400.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.23 | Unknown |
| TOTALS (Excluding Unknown Values) | $283,178.18 | $0.00 | | $9,002.23 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/06    Current Projected Date of Final Report (TFR): 07/31/09

/s/ R. SCOTT ALSTERDA, TRUSTEE
_____ Date: 10/14/09
R. SCOTT ALSTERDA, TRUSTEE

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-11139 -JHS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DORSAM, RHEA A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5278 BofA - Money Market Account |
| Taxpayer ID No: | *******5519 | | |
| For Period Ending: | 10/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/08 | 11 | Rhea A. Dorsam<br>SBT Suburban Bank & Trust<br>150 Butterfield Road<br>Elmhurst, IL 60126 | Sale of Accounts Receivable | 1129-000 | 9,000.00 | | 9,000.00 |
| 11/28/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1129-000 | 0.33 | | 9,000.33 |
| 12/31/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.46 | | 9,000.79 |
| 01/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.07 | | 9,000.86 |
| 02/27/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.07 | | 9,000.93 |
| 03/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1129-000 | 0.08 | | 9,001.01 |
| 04/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1129-000 | 0.20 | | 9,001.21 |
| 05/29/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1129-000 | 0.22 | | 9,001.43 |
| 06/30/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1129-000 | 0.23 | | 9,001.66 |
| 07/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1129-000 | 0.23 | | 9,001.89 |
| 08/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1129-000 | 0.23 | | 9,002.12 |
| 09/16/09 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 9,002.23 |
| 09/16/09 | | Transfer to Acct #*******5414 | Final Posting Transfer | 9999-000 | | 9,002.23 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 05-11139 -JHS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | DORSAM, RHEA A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5414 BofA - Checking Account |
| Taxpayer ID No: | *******5519 | | |
| For Period Ending: | 10/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/09 | | Transfer from Acct #*******5278 | Transfer In From MMA Account | 9999-000 | 9,002.23 | | 9,002.23 |
| 09/16/09 | 003001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,650.17 | 7,352.06 |
| 09/16/09 | 003002 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 88.32 | 7,263.74 |
| 09/16/09 | 003003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000006, Payment 100.00000% | 3110-000 | | 2,914.50 | 4,349.24 |
| 09/16/09 | 003004 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000001, Payment 9.16581% | 7100-000 | | 461.35 | 3,887.89 |
| 09/16/09 | 003005 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000002, Payment 9.16564% | 7100-000 | | 324.48 | 3,563.41 |
| 09/16/09 | 003006 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000003, Payment 9.16572% | 7100-000 | | 637.89 | 2,925.52 |
| 09/16/09 | 003007 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000004, Payment 9.16575% | 7100-000 | | 1,422.60 | 1,502.92 |
| 09/16/09 | 003008 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000005, Payment 9.16581% | 7100-000 | | 1,502.92 | 0.00 |

Total Of All Accounts    0.00